# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01167

Jessica Dawn Irvin,

    Plaintiff,

v.

CK Panang Thai Inc. and
CWC Income Properties 2, LLC,

    Defendants.

---

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

---

The Court, having read and reviewed Plaintiff's Unopposed Motion to Approve Consent Decree, and the fully-executed Consent Decree attached to the Motion as Exhibit "A," and for good cause shown, it is hereby ORDERED and ADJUDGED that the Motion to Approve Consent Decree and Dismiss with Prejudice is GRANTED. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

LET IT BE SO ORDERED, this 17th day of August, 2017.

_____
Hon. R. Brooke Jackson
United States District Judge